# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.  MICHAEL STONE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. CIV-15-944-HE |
| ) | |
| 1.  CSAA INSURANCE EXCHANGE, ) | |
|      and/or ) | |
| 2.  CSAA GENERAL INSURANCE ) | |
|      COMPANY, and ) | |
| 3.  ACA INSURANCE EXCHANGE d/b/a ) | |
|      AAA FIRE AND CASUALTY ) | |
|      INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiff, Michael Stone and Defendants, CSAA Insurance Exchange, CSAA General Insurance Company and ACA Insurance Exchange d/b/a AAA Fire and Casualty Insurance Company, file this Stipulation of Dismissal because all matters in controversy have been resolved between the parties. Each party to bear its own attorney fees and costs. The Plaintiff hereby dismisses this case, in its entirety, with prejudice.

By   s/ Michael D. McGrew
Michael D. McGrew, OBA #013167
MCGREW, MCGREW & ASSOCIATES
400 N. Walker, Suite 115
Oklahoma City, OK 73102
Telephone:  (405) 235-9909
Facsimile:   (405) 235-9929
**COUNSEL FOR PLAINTIFF**


s/William Fiasco
William Fiasco, OBA #12662
Atkinson, Haskins, Nellis, Brittingham, Gladd & Fiasco
1500 Park Centre
525 South Main
Tulsa, Oklahoma 74103-4524
Telephone (918) 582-8877
Facsimile  (918) 585-8096
Email Address: wfiasco@ahn-law.com
**Counsel for Defendant**